UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JACK R. S.,[1]

Plaintiff,

v.

FRANK BISIGNANO,[2]
Commissioner of Social Security,

Defendant.

Case No. 5:26-cv-02111-JFW-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss is GRANTED and that Judgment be entered DISMISSING this action.

Dated: September 29, 2026

HONORABLE JOHN F. WALTER
United States District Judge

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as the Defendant herein.