JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. S.,[1]<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,[2]<br>Commissioner of Social Security,<br>Defendant. | CASE NO. 5:26-cv-02111-JFW-MAR<br><br>JUDGMENT |

It is the judgment of this Court that this action is **DISMISSED** without leave to amend.

DATED: September 29, 2026

HONORABLE JOHN F. WALTER
United States District Judge

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Frank Bisignano became Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, he is automatically substituted as the Defendant herein.